

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2023

No. 04-22-00736-CV

Victor **HILDERBRAN**, Homer Ray Smith, Ramon Castro, Dean Paret and Brad Bradley,
Appellants

v.

**TEXAS SOUTHWEST COUNCIL INC., BOY SCOUTS OF AMERICA**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2022-07-34431-CV
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellants' brief is currently due January 27, 2023. However, appellants have filed a motion requesting a second extension of time to file the appellants' brief. The motion is GRANTED. The appellants' brief is due on or before **February 27, 2023**. Further requests for extension of time will be disfavored.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2023.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court